# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00396-RM-MDB

CATALYST STRATEGIC ADVISORS, LLC, a Colorado limited liability company, and
KONDRUP ENTERPRISES, INC., a Colorado corporation,

    Plaintiffs/Counterclaim Defendants,

v.

DV CONSULTING, INC., a Connecticut corporation, and
DANIEL VAN DER AUE,

    Defendants/Counterclaimants,

and

DANIEL VAN DER AUE,

    Third-Party Plaintiff,

v.

JOSEPH KONDRUP, JR.,

    Third-Party Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 119) by Senior District Judge Raymond P. Moore entered on September 3, 2025, it is

ORDERED that summary judgment is entered in favor of

Plaintiffs/Counterclaim Defendants, Catalyst Strategic Advisors, LLC and Kondrup Enterprises, Inc., and against Defendants, DV Consulting, Inc, and Daniel Van Der Aue.   It is further

ORDERED that this case is closed.

Dated this 3rd day of September, 2025.

FOR THE COURT:
JEFFREY P. COLWELL

By:   s/M. Smotts, Deputy Clerk